### 21963. McCULLOUGH *v.* THE STATE.

BROYLES, C. J. The evidence in this case was in acute conflict and would have amply authorized the acquittal of the defendant. However, the evidence for the State authorized the verdict of guilty, and, the trial judge having approved the finding of the jury, this court is without authority to reverse the judgment overruling the motion for a new trial based upon the usual general grounds.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 12, 1932.

*J. L. Wallace,* for plaintiff in error.
*Lamar Camp, solicitor,* contra.

### 21973. BRIDGES *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the overruling of the motion for a new trial, based upon the usual general grounds only, was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 12, 1932.

*J. W. Dennard,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.